253 So.2d 223

**FORD MOTOR CREDIT COMPANY**

v.

**LOUISIANA TAX COMMISSION et al.**

No. 51794.

Oct. 21, 1971.

In re: Louisiana Tax Commission applying for certiorari or writ of review to the Court of Appeal, First Circuit, Parish of East Baton Rouge.

Writ denied. The judgment is not final.

253 So.2d 223

**Alcee Rene DOIRON and Francis Davis Doiron**

v.

**SCHWING LUMBER AND SHINGLE CO., Inc. (now the Dow Chemical Company).**

No. 51792.

Oct. 21, 1971.

In re: Alcee Rene Doiron and Francis Davis Doiron applying for certiorari or writ of review to the Court of Appeal, First Circuit, Parish of Iberville. 251 So. 2d 506.

Writ refused. On the facts found by the Court of Appeal we find no error of law in its judgment.